NUMBER 13-02-233-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


AMERICAN NATIONAL LLOYDS INSURANCE COMPANY, Appellant,


v.



JOHN CAVAZOS AND YOLANDA CAVAZOS, Appellees.

____________________________________________________________________


On appeal from the 332nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Dorsey and Rodriguez


Opinion Per Curiam


Appellant, AMERICAN NATIONAL LLOYDS INSURANCE COMPANY, perfected an appeal from an order entered by
the 332nd District Court of Hidalgo County, Texas, in cause number C-157-02-F. After the record and briefs were
filed and after the cause was set for submission and oral argument, appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that the controversy made the basis of this cause has been resolved by the trial
court's granting of appellant's motion to set aside the order granting injunctive relief. Appellant requests that this
Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion
that the motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 3rd day of October, 2002.